No. 25. ALBERT RENNIE *v.* JOHN W. GIBSON. Error to the Supreme Court of the State of Oklahoma. Submitted October 6, 1921. Decided October 17, 1921. *Per Curiam.* Dismissed for want of jurisdiction. Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros Distilling Co.*

v. *City of Carrollton,* 252 U. S. 1, 5–6. *Mr. John A. Mc-Clure* for plaintiff in error. *Mr. R. B. Brown* for defendant in error.